# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION



THOMAS L. CICERO,

        Plaintiff,

v.

BORG-WARNER AUTOMOTIVE, INC.,
a Delaware corporation and BORG-WARNER
AUTOMOTIVE AUTOMATIC TRANSMISSION
SYSTEMS CORPORATION, a Delaware
corporation,

        Defendants.

Case No. 98-71612-DT

HON. ROBERT CLELAND

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

2002 SEP 11  P 4: 21

FILED

---

**KELL & LYNCH, P.C.**
M. V. Kell (P15805)
Margaret A. Lynch (P43173)
Attorneys for Plaintiff
300 East Maple Road, Suite 200
Birmingham, MI 48009
(248) 647-2333

**KELLER THOMA, P.C.**
Thomas L. Fleury (P24064)
Jonathon A. Rabin (P57145)
Attorneys for Defendants
440 East Congress, Fifth Floor
Detroit, MI 48226
(313) 965-7610

---

## STIPULATION FOR DISMISSAL

    **IT IS HEREBY STIPULATED,** by and between the parties, through their respective

counsel of record, that the above matter be dismissed, with prejudice and without costs to any

party.

M. V. KELL (P15805)
Attorney for Plaintiff
300 East Maple Road, Suite 200
Birmingham, MI 48009
(248) 647-2333

THOMAS L. FLEURY (P24064)
Attorney for Defendants
440 E. Congress, Fifth Floor
Detroit, MI 48226
(313) 965-7610

*KELLER THOMA A PROFESSIONAL CORPORATION*

105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS L. CICERO,

        Plaintiff,

v.

BORG-WARNER AUTOMOTIVE, INC.,
a Delaware corporation and BORG-WARNER
AUTOMOTIVE AUTOMATIC TRANSMISSION
SYSTEMS CORPORATION, a Delaware
corporation,

        Defendants.

Case No. 98-71612-DT
HON. ROBERT CLELAND

FILED

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

2002 SEP 11 P 4: 21

---

| KELL & LYNCH, P.C. | KELLER THOMA, P.C. |
|---|---|
| M. V. Kell (P15805) | Thomas L. Fleury (P24064) |
| Margaret A. Lynch (P43173) | Jonathon A. Rabin (P57145) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 300 East Maple Road, Suite 200 | 440 East Congress, Fifth Floor |
| Birmingham, MI 48009 | Detroit, MI 48226 |
| (248) 647-2333 | (313) 965-7610 |

---

### ORDER OF DISMISSAL

At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan on
SEP 11 2002

PRESENT: HON.     ROBERT H. CLELAND

U.S. District Court Judge

Upon the reading and filing of the attached Stipulation, and the Court being otherwise fully

advised in the premises;

**IT IS HEREBY ORDERED** that the above matter be and the same is hereby

**DISMISSED**, with prejudice and without costs or attorney fees to any party.

This Order of Dismissal resolves the last pending claim and closes the case.

_____

U.S. DISTRICT COURT JUDGE